Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | **Case 2:11-cv-03077-JAM-KJN**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PRENDA LAW, INC.

**DATED: December 27, 2012**

　　　　　　　　　　　　By:　/s/ Brett L. Gibbs, Esq.
　　　　　　　　　　　　　　　Brett L. Gibbs, Esq. (SBN 251000)
　　　　　　　　　　　　　　　Of Counsel to Prenda Law, Inc.
　　　　　　　　　　　　　　　38 Miller Avenue, #263
　　　　　　　　　　　　　　　Mill Valley, CA 94941
　　　　　　　　　　　　　　　blgibbs@wefightpiracy.com

　　　　　　　　　　　　　　　*Attorney for Plaintiff*